# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. ROSS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT VASCULAR INC., et al., <br><br> Defendants. | Case No. 19-cv-03794-JST <br><br> **ORDER OF DISMISSAL** |

On March 3, 2022, the Court dismissed the First Amended Complaint with leave to file an amended complaint by March 24, 2022. ECF No. 143. By stipulation of the parties, the deadline to file an amended complaint was extended to April 15, 2022. ECF No. 145.

No amended complaint having been filed, this case is now dismissed with prejudice. The clerk shall enter a judgment of dismissal and close the file.

**IT IS SO ORDERED.**

Dated: August 4, 2022



JON S. TIGAR
United States District Judge